# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mish International Monetary Inc.
                          Plaintiff,

v.                                                         Case No.: 1:20–cv–04577
                                                            Honorable Manish S. Shah

Vega Capital London, Ltd., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Telephone status hearing held. For the reasons stated in open court, the motions to remove confidentiality designations from deposition transcript [331] and for leave to file under seal [334] are granted. By 7/9/24, Vitol and Glencore must produce documents to Vega Capital London, Ltd. as follows: 1) documents sufficient to show their understanding of storage at Cushing for the May WTI contract as of April 20, 2020; 2) documents sufficient to show whether and when they thought the price for the May WTI contract would go negative; and 3) documents sufficient to show their communications with CME, the New York Mercantile Exchange, or the Intercontinental Exchange about the May 2020 WTI contract, limited to notices received from those entities, their responses to those entities, and correspondence with those entities about the April 20, 2020 and April 21, 2020 trading in the May 2020 WTI contract. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.