# EXHIBIT 7

EX-21 3 xomexhibit21123120.htm SUBSIDIARIES OF THE REGISTRANT

**EXHIBIT 21**

**Subsidiaries of the Registrant** *(1)*, *(2)* and *(3)* – at December 31, 2020

| | Percentage of Voting Securities Owned Directly or Indirectly by Registrant | State or Country of Organization |
|---|---|---|
| Aera Energy LLC *(5)* | 48.2 | California |
| AKG Marketing Company Limited | 87.5 | Bahamas |
| Al-Jubail Petrochemical Company *(4)* *(5)* | 50 | Saudi Arabia |
| Alberta Products Pipe Line Ltd. *(5)* | 45 | Canada |
| Ampolex (Cepu) Pte Ltd | 100 | Singapore |
| Ancon Insurance Company, Inc. | 100 | Vermont |
| Barzan Gas Company Limited *(5)* | 7 | Qatar |
| BEB Erdgas und Erdoel GmbH & Co. KG *(4)* *(5)* | 50 | Germany |
| Cameroon Oil Transportation Company S.A. *(5)* | 41.06 | Cameroon |
| Canada Imperial Oil Limited | 69.6 | Canada |
| Caspian Pipeline Consortium *(5)* | 7.50 | Russia/Kazakhstan |
| CORAL FLNG, S.A. *(5)* | 25 | Mozambique |
| Cross Timbers Energy, LLC *(4)* *(5)* | 50 | Delaware |
| Ellora Energy Inc. | 100 | Delaware |
| Esso Australia Resources Pty Ltd | 100 | Australia |
| Esso Deutschland GmbH | 100 | Germany |
| Esso Erdgas Beteiligungsgesellschaft mbH | 100 | Germany |
| Esso Exploration and Production Angola (Overseas) Limited | 100 | Bahamas |
| Esso Exploration and Production Chad Inc. | 100 | Bahamas |
| Esso Exploration and Production Guyana Limited | 100 | Bahamas |
| Esso Exploration and Production Nigeria (Deepwater) Limited | 100 | Nigeria |
| Esso Exploration and Production Nigeria (Offshore East) Limited | 100 | Nigeria |
| Esso Exploration and Production Nigeria Limited | 100 | Nigeria |
| Esso Exploration and Production UK Limited | 100 | United Kingdom |
| Esso Exploration Angola (Block 15) Limited | 100 | Bahamas |
| Esso Exploration Angola (Block 17) Limited | 100 | Bahamas |
| Esso Italiana S.r.l. | 100 | Italy |
| Esso Nederland B.V. | 100 | Netherlands |
| Esso Norge AS | 100 | Norway |
| Esso Petroleum Company, Limited | 100 | United Kingdom |
| Esso Raffinage | 82.89 | France |
| Esso Societe Anonyme Francaise | 82.89 | France |
| Esso (Thailand) Public Company Limited | 65.99 | Thailand |
| Exxon Azerbaijan Limited | 100 | Bahamas |
| Exxon Chemical Arabia Inc. | 100 | Delaware |
| Exxon Neftegas Limited | 100 | Bahamas |
| ExxonMobil (China) Investment Co., Ltd. | 100 | China |
| ExxonMobil (Taicang) Petroleum Co., Ltd. | 100 | China |
| ExxonMobil Abu Dhabi Offshore Petroleum Company Limited | 100 | Bahamas |
| ExxonMobil Africa and Middle East Management Ltd | 100 | United Arab Emirates |

1

| | Percentage of Voting Securities Owned Directly or Indirectly by Registrant | State or Country of Organization |
|---|---|---|
| ExxonMobil Alaska Production Inc. | 100 | Delaware |
| ExxonMobil Asia Pacific Pte. Ltd. | 100 | Singapore |
| ExxonMobil Australia Pty Ltd | 100 | Australia |
| ExxonMobil Barzan Limited | 100 | Bahamas |
| ExxonMobil Canada Export Trading LLC | 100 | Delaware |
| ExxonMobil Canada Ltd. | 100 | Canada |
| ExxonMobil Canada Properties | 100 | Canada |
| ExxonMobil Canada Resources Company | 100 | Canada |
| ExxonMobil Capital Netherlands B.V. | 100 | Netherlands |
| ExxonMobil Central Europe Holding GmbH | 100 | Germany |
| ExxonMobil Cepu Limited | 100 | Bermuda |
| ExxonMobil Chemical France | 100 | France |
| ExxonMobil Chemical Gulf Coast Investments LLC | 100 | Delaware |
| ExxonMobil Chemical Holland B.V. | 100 | Netherlands |
| ExxonMobil China Petroleum & Petrochemical Company Limited | 100 | Bahamas |
| ExxonMobil Development Africa B.V. | 100 | Netherlands |
| ExxonMobil Egypt (S.A.E.) | 100 | Egypt |
| ExxonMobil Exploracao Brasil Ltda | 100 | Brazil |
| ExxonMobil Exploration and Production Malaysia Inc. | 100 | Delaware |
| ExxonMobil Exploration and Production Romania Limited | 100 | Bahamas |
| ExxonMobil Exploration and Production Tanzania Limited | 100 | Bahamas |
| ExxonMobil Exploration Argentina Sociedad de Responsabilidad Limitada | 70 | Argentina |
| ExxonMobil Finance Company Limited | 100 | United Kingdom |
| ExxonMobil Financial Investment Company Limited | 100 | United Kingdom |
| ExxonMobil Gas Marketing Europe Limited | 100 | United Kingdom |
| ExxonMobil Global Services Company | 100 | Delaware |
| ExxonMobil Holding Company Holland LLC | 100 | Delaware |
| ExxonMobil Hong Kong Limited | 100 | Hong Kong |
| ExxonMobil Investments (Dubai) LTD | 100 | United Arab Emirates |
| ExxonMobil Iraq Limited | 100 | Bahamas |
| ExxonMobil Italiana Gas S.r.l. | 100 | Italy |
| ExxonMobil Kazakhstan Inc. | 100 | Bahamas |
| ExxonMobil Kazakhstan Ventures Inc. | 100 | Delaware |
| ExxonMobil LNG Services B.V. | 100 | Netherlands |
| ExxonMobil Marine Limited | 100 | United Kingdom |
| ExxonMobil Mexico, S.A. de C.V. | 100 | Mexico |
| ExxonMobil Oil Corporation | 100 | New York |
| ExxonMobil Permian Highway Pipeline LLC | 100 | Delaware |
| ExxonMobil Petroleum & Chemical BV | 100 | Belgium |
| ExxonMobil Pipeline Company | 100 | Delaware |
| ExxonMobil PNG Antelope Limited | 100 | Papua New Guinea |
| ExxonMobil PNG Limited | 100 | Papua New Guinea |
| ExxonMobil Production Deutschland GmbH | 100 | Germany |
| ExxonMobil Qatargas (II) Limited | 100 | Bahamas |

2

| | Percentage of Voting Securities Owned Directly or Indirectly by Registrant | State or Country of Organization |
|---|---|---|
| ExxonMobil Qatargas Inc. | 100 | Delaware |
| ExxonMobil Ras Laffan (III) Limited | 100 | Bahamas |
| ExxonMobil Rasgas Inc. | 100 | Delaware |
| ExxonMobil Research and Engineering Company | 100 | Delaware |
| ExxonMobil Sales and Supply LLC | 100 | Delaware |
| ExxonMobil Upstream Integrated Solutions Company | 100 | Delaware |
| Fujian Refining & Petrochemical Co. Ltd. *(5)* | 25 | China |
| Golden Pass LNG Terminal Investments LLC | 100 | Delaware |
| Golden Pass LNG Terminal LLC *(5)* | 30 | Delaware |
| Golden Pass Pipeline LLC *(5)* | 30 | Delaware |
| Gulf Coast Growth Ventures LLC *(4) (5)* | 50 | Delaware |
| Imperial Oil Limited | 69.6 | Canada |
| Imperial Oil Resources Limited | 69.6 | Canada |
| Imperial Oil Resources N.W.T. Limited | 69.6 | Canada |
| Imperial Oil/Petroliere Imperiale | 69.6 | Canada |
| Marine Well Containment Company LLC *(5)* | 10 | Delaware |
| Mobil Australia Resources Company Pty Limited | 100 | Australia |
| Mobil California Exploration & Producing Asset Company | 100 | Delaware |
| Mobil Corporation | 100 | Delaware |
| Mobil Equatorial Guinea Inc. | 100 | Delaware |
| Mobil Oil Australia Pty Ltd | 100 | Australia |
| Mobil Oil Exploration & Producing Southeast Inc. | 100 | Delaware |
| Mobil Oil New Zealand Limited | 100 | New Zealand |
| Mobil Producing Nigeria Unlimited | 100 | Nigeria |
| Mobil Yanbu Petrochemical Company Inc. | 100 | Delaware |
| Mobil Yanbu Refining Company Inc. | 100 | Delaware |
| Mountain Gathering, LLC | 100 | Delaware |
| Mozambique Rovuma Venture, S.p.A. *(5)* | 35.714 | Italy |
| Nederlandse Aardolie Maatschappij B.V. *(4) (5)* | 50 | Netherlands |
| Palmetto Transoceanic LLC | 100 | Delaware |
| Papua New Guinea Liquefied Natural Gas Global Company LDC *(5)* | 33.2 | Bahamas |
| Permian Express Partners LLC *(5)* | 12.3 | Delaware |
| Permian Highway Pipeline LLC *(5)* | 20 | Delaware |
| Phillips Exploration, LLC | 100 | Delaware |
| Qatar Liquefied Gas Company Limited *(5)* | 10 | Qatar |
| Qatar Liquefied Gas Company Limited (2) *(5)* | 24.15 | Qatar |
| Ras Laffan Liquefied Natural Gas Company Limited *(5)* | 24.999 | Qatar |
| Ras Laffan Liquefied Natural Gas Company Limited (II) *(5)* | 30.517 | Qatar |
| Ras Laffan Liquefied Natural Gas Company Limited (3) *(5)* | 30 | Qatar |
| Saudi Aramco Mobil Refinery Company Ltd. *(4) (5)* | 50 | Saudi Arabia |
| Saudi Yanbu Petrochemical Co. *(4) (5)* | 50 | Saudi Arabia |
| SeaRiver Maritime, Inc. | 100 | Delaware |
| SeaRiver Maritime LLC | 100 | Delaware |
| South Hook LNG Terminal Company Limited *(5)* | 24.15 | United Kingdom |

| | Percentage of Voting Securities Owned Directly or Indirectly by Registrant | State or Country of Organization |
|---|---|---|
| Tengizchevroil, LLP *(5)* | 25 | Kazakhstan |
| Terminale GNL Adriatico S.r.l. *(5)* | 70.678 | Italy |
| Wink to Webster Pipeline LLC | 45 | Delaware |
| Wolverine Pipe Line Company | 53.39 | Delaware |
| Worex S.N.C. | 82.891 | France |
| XH, LLC | 100 | Delaware |
| XTO Delaware Basin, LLC | 100 | Texas |
| XTO Energy Canada | 84.8 | Canada |
| XTO Energy Inc. | 100 | Delaware |
| XTO Holdings, LLC | 100 | Delaware |
| XTO Permian Midstream, LLC | 100 | Delaware |
| XTO Permian Operating, LLC | 100 | Texas |

NOTES:

(1)  *For the purposes of this list, if the registrant owns directly or indirectly approximately 50 percent of the voting securities of any person and approximately 50 percent of the voting securities of such person is owned directly or indirectly by another interest, or if the registrant includes its share of net income of any other unconsolidated person in consolidated net income, such person is deemed to be a subsidiary.*

(2)  *With respect to certain companies, shares in names of nominees and qualifying shares in names of directors are included in the above percentages.*

(3)  *The names of other subsidiaries have been omitted from the above list since considered in the aggregate, they would not constitute a significant subsidiary under Securities and Exchange Commission Regulation S-X, Rule 1-02(w).*

(4)  *The registrant owns directly or indirectly approximately 50 percent of the securities of this person and approximately 50 percent of the voting securities of this person is owned directly or indirectly by another single interest.*

(5)  *The investment in this unconsolidated person is represented by the registrant's percentage interest in the underlying net assets of such person. The accounting for these unconsolidated persons is referred to as the equity method of accounting.*

4