# EXHIBIT 8

**2020**

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2020

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number 1-2256

# Exxon Mobil Corporation

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **New Jersey** | **13-5409005** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 Las Colinas Boulevard, Irving, Texas 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 940-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| **Common Stock, without par value** | **XOM** | **New York Stock Exchange** |
| 0.142% Notes due 2024 | XOM24B | New York Stock Exchange |
| 0.524% Notes due 2028 | XOM28 | New York Stock Exchange |
| 0.835% Notes due 2032 | XOM32 | New York Stock Exchange |
| 1.408% Notes due 2039 | XOM39A | New York Stock Exchange |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☑ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐   No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 30, 2020, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $44.72 on the New York Stock Exchange composite tape, was in excess of $189 billion.

| Class | Outstanding as of January 31, 2021 |
|---|---|
| Common stock, without par value | 4,233,483,160 |

**Documents Incorporated by Reference: Proxy Statement for the 2021 Annual Meeting of Shareholders (Part III)**

**EXXON MOBIL CORPORATION**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2020**

**TABLE OF CONTENTS**

**PART I**

| | | |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 2 |
| Item 1B. | Unresolved Staff Comments | 5 |
| Item 2. | Properties | 6 |
| Item 3. | Legal Proceedings | 27 |
| Item 4. | Mine Safety Disclosures | 27 |
| Information about our Executive Officers | | 28 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 30 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 30 |
| Item 8. | Financial Statements and Supplementary Data | 31 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 31 |
| Item 9A. | Controls and Procedures | 31 |
| Item 9B. | Other Information | 31 |

**PART III**

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance | 32 |
| Item 11. | Executive Compensation | 32 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 32 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 33 |
| Item 14. | Principal Accounting Fees and Services | 33 |

**PART IV**

| | | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules | 33 |
| Item 16. | Form 10-K Summary | 33 |
| Financial Section | | 34 |
| Index to Exhibits | | 124 |
| Signatures | | 125 |
| Exhibits 31 and 32 — Certifications | | |

# PART I

## ITEM 1. BUSINESS

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business involves exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we* and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

The energy and petrochemical industries are highly competitive, both within the industries and also with other industries in supplying the energy, fuel and chemical needs of industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Note 18: Disclosures about Segments and Related Information" and "Operating Information". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long-standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. ExxonMobil held nearly 9 thousand active patents worldwide at the end of 2020. For technology licensed to third parties, revenues totaled approximately $130 million in 2020. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret, trademark, license, franchise or concession.

ExxonMobil operates in a highly complex, competitive and changing global energy business environment where decisions and risks play out over time horizons that are often decades in length. This long-term orientation underpins the Corporation's philosophy on talent development.

Talent development begins with recruiting exceptional candidates and continues with individually planned experiences and training designed to facilitate broad development and a deep understanding of our business across the business cycle. Our career-oriented approach to talent development results in strong retention and an average length of service of 30 years for our career employees. Compensation, benefits and workplace programs support the Corporation's talent management approach, and are designed to attract and retain employees for a career through compensation that is market competitive, long-term oriented, and highly differentiated by individual performance.

Sixty percent of our global employee workforce is from outside the U.S., and over the past decade 39 percent of our global hires for management, professional and technical positions were female and 31 percent of our U.S. hires for management, professional and technical positions were minorities. With over 160 nationalities represented in the Company, we encourage and respect diversity of thought, ideas and perspective from our workforce. We consider and monitor diversity through all stages of employment, including recruitment, training and development of our employees. We also work closely with the communities where we operate to identify and invest in initiatives that help support local needs, including local talent and skill development.

The number of regular employees was 72 thousand, 75 thousand, and 71 thousand at years ended 2020, 2019, and 2018, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

As discussed in item 1A. Risk Factors in this report, compliance with existing and potential future government regulations, including taxes, environmental regulations, and other government regulations and policies that directly or indirectly affect the production and sale of our products, may have material effects on the capital expenditures, earnings, and competitive position of ExxonMobil. With respect to the environment, throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground, including, but not limited to, compliance with environmental regulations. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2020 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $4.5 billion, of which $3.4 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $4.9 billion in 2021 and 2022. Capital expenditures are expected to account for approximately 25 percent of the total.

1

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, and significant changes in crude oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

During the first and second quarters of 2020, the balance of supply and demand for petroleum and petrochemical products experienced two significant disruptive effects. On the demand side, the COVID-19 pandemic spread rapidly through most areas of the world resulting in substantial reductions in consumer and business activity and significantly reduced demand for crude oil, natural gas, and petroleum products. This reduction in demand coincided with announcements of increased production in certain key oil-producing countries which led to increases in inventory levels and sharp declines in prices for crude oil, natural gas, and petroleum products. Market conditions continued to reflect considerable uncertainty throughout 2020.

As noted above, certain quantities of crude oil, bitumen, and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2020. Amounts no longer qualifying as proved reserves include 3.1 billion barrels of bitumen at Kearl, 0.6 billion barrels of bitumen at Cold Lake, and 0.5 billion oil-equivalent barrels in the United States. The Corporation's near-term reduction in capital expenditures resulted in a net reduction to estimates of proved reserves of approximately 1.5 billion oil-equivalent barrels, mainly related to unconventional drilling in the United States. Among the factors that could result in portions of these amounts being recognized again as proved reserves at some point in the future are a recovery in the SEC price basis, cost reductions, operating efficiencies, and increases in planned capital spending.

**B. Technologies Used in Establishing Proved Reserves Additions in 2020**

Additions to ExxonMobil's proved reserves in 2020 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

7

**Information with regard to the Downstream segment follows:**

ExxonMobil's Downstream segment manufactures, trades and sells petroleum products. The refining and supply operations encompass a global network of manufacturing plants, transportation systems, and distribution centers that provide a range of fuels, lubricants and other products and feedstocks to our customers around the world.

**Refining Capacity At Year-End 2020** *(1)*

| | | | ExxonMobil Share KBD *(2)* | ExxonMobil Interest % |
|---|---|---|---:|---:|
| **United States** | | | | |
| | Joliet | Illinois | 254 | 100 |
| | Baton Rouge | Louisiana | 520 | 100 |
| | Billings | Montana | 60 | 100 |
| | Baytown | Texas | 561 | 100 |
| | Beaumont | Texas | 369 | 100 |
| | Total United States | | 1,764 | |
| **Canada** | | | | |
| | Strathcona | Alberta | 196 | 69.6 |
| | Nanticoke | Ontario | 113 | 69.6 |
| | Sarnia | Ontario | 119 | 69.6 |
| | Total Canada | | 428 | |
| **Europe** | | | | |
| | Antwerp | Belgium | 307 | 100 |
| | Fos-sur-Mer | France | 133 | 82.9 |
| | Gravenchon | France | 244 | 82.9 |
| | Karlsruhe | Germany | 78 | 25 |
| | Trecate | Italy | 132 | 75.2 |
| | Rotterdam | Netherlands | 192 | 100 |
| | Slagen | Norway | 116 | 100 |
| | Fawley | United Kingdom | 262 | 100 |
| | Total Europe | | 1,464 | |
| **Asia Pacific** | | | | |
| | Altona *(3)* | Australia | 88 | 100 |
| | Fujian | China | 67 | 25 |
| | Jurong/PAC | Singapore | 592 | 100 |
| | Sriracha | Thailand | 167 | 66 |
| | Total Asia Pacific | | 914 | |
| **Middle East** | | | | |
| | Yanbu | Saudi Arabia | 200 | 50 |
| **Total Worldwide** | | | 4,770 | |

*(1) Capacity data is based on 100 percent of rated refinery process unit stream-day capacities under normal operating conditions, less the impact of shutdowns for regular repair and maintenance activities, averaged over an extended period of time. The listing excludes refining capacity for a minor interest held through equity securities in New Zealand, and the Laffan Refinery in Qatar for which results are reported in the Upstream segment.*

*(2) Thousands of barrels per day (KBD). ExxonMobil share reflects 100 percent of atmospheric distillation capacity in operations of ExxonMobil and majority-owned subsidiaries. For companies owned 50 percent or less, ExxonMobil share is the greater of ExxonMobil's interest or that portion of distillation capacity normally available to ExxonMobil.*

*(3) The Corporation expects to convert the Altona refinery into a terminal in 2021.*

24

**FINANCIAL INFORMATION**

|  | 2020 | 2019 | 2018 |
|---|---:|---:|---:|
|  | *(millions of dollars, except where stated otherwise)* | | |
| Sales and other operating revenue | 178,574 | 255,583 | 279,332 |
| Earnings (Loss) | | | |
|     Upstream | (20,030) | 14,442 | 14,079 |
|     Downstream | (1,077) | 2,323 | 6,010 |
|     Chemical | 1,963 | 592 | 3,351 |
|     Corporate and financing | (3,296) | (3,017) | (2,600) |
|     Net income (loss) attributable to ExxonMobil | (22,440) | 14,340 | 20,840 |
| Earnings (Loss) per common share (dollars) | (5.25) | 3.36 | 4.88 |
| Earnings (Loss) per common share – assuming dilution (dollars) | (5.25) | 3.36 | 4.88 |
| Earnings (Loss) to average ExxonMobil share of equity (percent) | (12.9) | 7.5 | 11.0 |
| Working capital | (11,470) | (13,937) | (9,165) |
| Ratio of current assets to current liabilities (times) | 0.80 | 0.78 | 0.84 |
| Additions to property, plant and equipment | 17,342 | 24,904 | 20,051 |
| Property, plant and equipment, less allowances | 227,553 | 253,018 | 247,101 |
| Total assets | 332,750 | 362,597 | 346,196 |
| Exploration expenses, including dry holes | 1,285 | 1,269 | 1,466 |
| Research and development costs | 1,016 | 1,214 | 1,116 |
| Long-term debt | 47,182 | 26,342 | 20,538 |
| Total debt | 67,640 | 46,920 | 37,796 |
| Debt to capital (percent) | 29.2 | 19.1 | 16.0 |
| Net debt to capital (percent) [1] | 27.8 | 18.1 | 14.9 |
| ExxonMobil share of equity at year-end | 157,150 | 191,650 | 191,794 |
| ExxonMobil share of equity per common share (dollars) | 37.12 | 45.26 | 45.27 |
| Weighted average number of common shares outstanding (millions) | 4,271 | 4,270 | 4,270 |
| Number of regular employees at year-end (thousands) [2] | 72.0 | 74.9 | 71.0 |

(1) Debt net of cash.

(2) Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

36

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The global energy markets can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity, and transportation capabilities. Refer to Note 18 for additional information on intersegment revenue.

Although price levels of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of its major investments over a range of prices.

The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that assets are contributing to the Corporation's strategic objectives.

**Risk Management**

The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in commodity prices, currency rates and interest rates. In addition, the Corporation uses commodity-based contracts, including derivatives, to manage commodity price risk and for trading purposes. The Corporation's commodity derivatives are not accounted for under hedge accounting. At times, the Corporation also enters into currency and interest rate derivatives, none of which are material to the Corporation's financial position as of December 31, 2020 and 2019, or results of operations for the years ended 2020, 2019 and 2018. Credit risk associated with the Corporation's derivative position is mitigated by several factors, including the use of derivative clearing exchanges and the quality of and financial limits placed on derivative counterparties. No material market or credit risks to the Corporation's financial position, results of operations or liquidity exist as a result of the derivatives described in Note 13. The Corporation maintains a system of controls that includes the authorization, reporting and monitoring of derivative activity.

The Corporation is exposed to changes in interest rates, primarily on its short-term debt and the portion of long-term debt that carries floating interest rates. The impact of a 100-basis-point change in interest rates affecting the Corporation's debt would not be material to earnings or cash flow. The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are generally expected to cover financial requirements, supplemented by long-term and short-term debt as required. Commercial paper is used to balance short-term liquidity requirements. Some joint-venture partners are dependent on the credit markets, and their funding ability may impact the development pace of joint-venture projects.

The Corporation conducts business in many foreign currencies and is subject to exchange rate risk on cash flows related to sales, expenses, financing and investment transactions. Fluctuations in exchange rates are often offsetting and the impacts on ExxonMobil's geographically and functionally diverse operations are varied. The Corporation makes limited use of currency exchange contracts to mitigate the impact of changes in currency values, and exposures related to the Corporation's use of these contracts are not material.

**Inflation and Other Uncertainties**

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Prices for services and materials continue to evolve in response to constant changes in commodity markets and industry activities, impacting operating and capital costs. However, the global COVID-19 pandemic since early 2020 has brought unprecedented uncertainties to near-term economic outlooks. The Corporation continues to monitor market trends and works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices.

## RESTRUCTURING ACTIVITIES

During 2020, ExxonMobil conducted an extensive global review of staffing levels and subsequently commenced targeted workforce reductions within a number of countries to improve efficiency and reduce costs. The programs, which are expected to be substantially complete by the end of 2021, include both voluntary and involuntary employee separations and reductions in contractors.

In 2020 the Corporation recorded before-tax charges of $450 million ($349 million after tax), consisting primarily of employee separation costs, associated with announced workforce reduction programs in Europe, North America, and Australia. These costs are captured in "Selling, general and administrative expenses" on the Statement of Income and reported in the Corporate and financing segment. Before-tax cash outflows in 2020 associated with these activities were $47 million. The Corporation estimates additional charges of up to $200 million in 2021 related to planned workforce reduction programs with cash outflows ranging between $400 million and $600 million. Before-tax workforce reduction savings, including employees and contractors, are estimated to range between $1 billion and $2 billion per year after program completion when compared to 2019 levels.

55