# EXHIBIT 12

Case 4:24-mc-01163   Document 1-13   Filed on 07/22/24 in TXSD   Page 2 of 7
Mish International Monetary vs                                    Craig Pirrong
Vega Capital London                Highly Confidential             May 15, 2024

411

```
 1           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
 2
    MISH INTERNATIONAL          :
 3  MONETARY INC., on            :
    behalf of itself and         :
 4  all others similarly         :
    situated,                    :
 5         Plaintiff,            :   CASE NO.
                                 :   1:20-cv-04577
 6  V.                           :
                                 :
 7  VEGA CAPITAL LONDON,         :
    LTD., et al.                 :
 8         Defendant.            :

 9


10


11

       *****************************************
12              HIGHLY CONFIDENTIAL
         VIDEOTAPED / REALTIMED DEPOSITION OF
13          STEPHEN CRAIG PIRRONG, Ph.D.
                   MAY 15, 2024
14                  VOLUME 2
       *****************************************
15

16

17

18

19

20

21

22

23
    STENOGRAPHICALLY REPORTED BY:
24  PAT ENGLISH-ARREDONDO, CSR(TX), CRR, RMR, CLR
    TEXAS CSR NO.: 3828
25  JOB NO: 2024-938967
```

534

1       form.
2       Q.      (By Mr. Taylor) Why do you
3  think the number of buy orders didn't
4  increase as the price of May contract
5  continued to drop throughout the day?
6       A.      So you're asking me to
7  speculate, in essence.  But basically order
8  imbalance indicates that there is more
9  negative private information than positive
10 private information.
11              So the standard economist's
12 interpretation, financial economist's
13 interpretation of this order imbalance, is
14 that it would reflect, you know, with the
15 exception of the imbalance contributed by the
16 Vega defendants, that would reflect
17 negative -- you know, adverse, bearish
18 private information.
19      Q.      Sell order imbalances could
20 also result from a cratering in demand, can't
21 they?
22      A.      No.  Not necessarily, no.
23      Q.      What do you mean, "not
24 necessarily"?  Would a sell order imbalance
25 indicate high demand?

548

 1  familiar with a company called Vitol, Inc.?
 2       A.   Vitol, yes.
 3       Q.   Vitol.  Thank you.  I always
 4  mispronounce it.
 5            Are you aware of whether Vitol
 6  is -- are you aware that Vitol is the world's
 7  largest independent oil trader?
 8       A.   Yes.
 9       Q.   Do you know anything about
10  Vitol's trading strategy on April 20, 2020?
11       A.   Not specifically.  I don't know
12  whether they are the one -- one of the ones
13  that have been unmasked.  If they have been,
14  I haven't analyzed it yet.
15       Q.   Do you know if Vitol had access
16  to any storage that day?
17       A.   I don't know what Vitol's
18  contractual storage position was at Cushing,
19  so -- and so -- and you're talking about
20  storage generally.
21            I know that Vitol has storage
22  assets around the world -- for example, in
23  Rotterdam and other places -- but I don't
24  know about Cushing specifically.
25       Q.   So some traders, it sounds

```
 1   like, have contractual storage arrangements
 2   at Cushing.  Correct?
 3         A.    There are potential for
 4   contractual storage arrangements at Cushing,
 5   yes.
 6         Q.    But other traders may not have
 7   contractual arrangements.  Is that correct?
 8         A.    Some may, some may not.
 9         Q.    Do you know if Vitol employed a
10   chief economist?
11         A.    Yes, I'm aware of that, yes.
12         Q.    Is that common for large
13   traders?
14         A.    Yes.
15         Q.    And if I ask you about any
16   other large traders, like BP or Shell, would
17   you have any personal knowledge of how or why
18   any of those traders traded that day?
19               MR. McGRATH:  Object to the
20         form.
21         A.    No, I do not under- -- I do not
22   have knowledge of their intent in terms of
23   how they were trading.
24         Q.    (By Mr. Taylor)  Do you have
25   any understanding of whether large oil
```

550

1  traders, let's say like Shell or BP, have

2  regular contact with the CME?

3 A. Yes.  Well, so I think, you

4  know, BP in particular, I think, has its own

5  clearing operation and its own FCM or

6  clearing.

7 I can't recall if Shell does.

8  So BP definitely, through its clearing, would

9  have regular communications with the CME.

10 And, you know, it's my

11  understanding that there are contacts between

12  many market participants, including big ones

13  like Shell and BP and the exchange.

14 Q. Are you aware of any

15  conversations between the CME and these large

16  traders who had access to -- who have regular

17  conversations with the CME, are you aware of

18  any of that on April 20, 2020?

19 A. I'm not aware of any specific

20  conversation, no.

21 Q. Are you aware of any large

22  traders who adjusted their trading strategy

23  based on any warnings from the CME?

24 A. So I'm not aware of that

25  specifically, no.

551

1    Q.   You haven't investigated
2    whether any large trader had access to
3    storage space and refused to use it, are you?
4    A.   So I have not at this time been
5    able to determine who had the contractual
6    rights to storage space at Cushing.
7    Q.   You haven't asked plaintiffs'
8    counsel to obtain that information for your
9    analysis?
10           MR. McGRATH:  Object to the
11      form.
12   A.   It's my understanding that that
13   information has been requested by subpoena,
14   supplied by plaintiffs' counsel to the
15   operators of Cushing storage facilities.
16   Q.   (By Mr. Taylor)  But it's your
17   opinion that there was sufficient storage
18   space on April 20, 2020.  Correct?
19   A.   So my opinion specifically was
20   that the storage space -- that the available
21   storage space -- or let's put it this way --
22   lack of available storage space putatively at
23   Cushing on April 20 cannot explain the price
24   movements on that day.
25   Q.   In your opinion, it would be