# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES,<br><br>    *Movants,*<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION,<br><br>    *Respondent.* | Misc. Case No. 4:24-mc-1163<br><br>(Arising from Civil Case No. 1:20-cv-04577 in the United States District Court for the Northern District of Illinois) |

## **PROPOSED ORDER**

After carefully considering Vega Capital London Limited and Adrian Spires' Motion to Compel the Production of Documents, and any responses or replies thereto, the Court hereby GRANTS the motion and ORDERS that ExxonMobil Oil Corporation produce:

(i) documents sufficient to show ExxonMobil's understanding of storage at Cushing for the May WTI contract as of April 20, 2020;

(ii) documents sufficient to show whether and when ExxonMobil thought the price for the May WTI contract would go negative;

(iii) documents sufficient to show ExxonMobil's communications with CME, the New York Mercantile Exchange, or the Intercontinental Exchange about the May 2020 WTI contract, limited to notices received from those entities, its responses to those entities, and correspondence with those entities about the April 20, 2020 and April 21, 2020 trading in the May 2020 WTI contract; and

(iv) documents sufficient to show the extent to which ExxonMobil agreed to accept physical delivery of oil pursuant to the May WTI Contract.

It is so ORDERED.

_____              _____
Date                                                                   United States District Judge