AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Vega Capital London Limited and Adrian Spires ) | |
| *Plaintiff* ) | |
| v. ) | Case No. Misc. Case No. 4:24-mc-1163 |
| ExxonMobil Oil Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ExxonMobil Oil Corporation .

Date: 08/01/2024

*/s/ William K. Grubb*
*Attorney's signature*

William K. Grubb, TX SBN 24107793; SDN 3444642
*Printed name and bar number*

McGinnis Lochridge LLP
609 Main St., Suite 2800
Houston, TX 77002

*Address*

wgrubb@mcginnislaw.com
*E-mail address*

(713) 615-8500
*Telephone number*

(713) 615-8585
*FAX number*