# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | | |
|---|---|---|
| VEGA CAPITAL LONDON<br>LIMITED and ADRIAN SPIRES<br><br>*Movants,*<br><br>v.<br><br>EXXONMOBIL OIL<br>CORPORATION<br><br>*Respondent.* | § § § § § § § § § § § § § | MISCELLANEOUS<br>ACTION No. 4:24-mc-1163 |

## EXXONMOBIL OIL CORPORATION'S NOTICE OF CONSENT TO TRANSFER

ExxonMobil Oil Corporation ("ExxonMobil") submits this Notice of Consent to Transfer ("Notice") and would respectfully show the Court as follows:

On July 22, 2024, Vega Capital London Limited and Adrian Spires ("Vega/Spires") moved under F̃ED. R. C̃IV. P. 45(f) to transfer these subpoena-related proceedings to the United States District Court for the Northern District of Illinois. *See* (ECF No. 3) (the "Motion to Transfer").

Although ExxonMobil initially opposed a transfer, ExxonMobil files this Notice to inform the Court that ExxonMobil now consents to transfer and does not oppose Vega/Spires Motion to Transfer. *See* F̃ED. R. C̃IV. P. 45(f) (allowing transfer of subpoena-related proceedings "if the person subject to the subpoena consents").

For these reasons, ExxonMobil asks the Court to transfer the pending subpoena-related proceedings to the United States Court for the Northern District of Illinois.

1

Date: August 1, 2024

Respectfully submitted by:

**MCGINNIS LOCHRIDGE LLP**

*/s/ William K. Grubb*
_____

Seth Isgur
State Bar No. 24054498
sisgur@mcginnislaw.com
William K. Grubb
State Bar No. 24107793
wgrubb@mcginnislaw.com
609 Main Street, Suite 2800
Houston, Texas 77002
(713) 615-8500
(713) 615-8585 (fax)

***Attorneys for ExxonMobil Oil Corporation***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 1, 2024, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on all counsel of record in this matter, including:

Sean Cichowski
Akerman LLP
1300 Post Oak Blvd. #2500
Houston, Texas 77056
sean.cichowski@akerman.com
*Attorney-In-Charge for Vega Capital London Limited and Adrian Spires*

Michael P. Kelly
Akerman LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
michael.kelly@akerman.com
*Attorney for Vega Capital London Limited and Adrian Spires*

                                                    */s/ William K. Grubb*
                                                    William K. Grubb